UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORIGINAL**

SIMON PROPERTY GROUP, INC., and
SIMON PROPERTY ACQUISITIONS, INC.,

    Plaintiffs,

vs

TAUBMAN CENTERS, INC., ET AL,

    Defendants.

Case No: 02-74799
Honorable Victoria A. Roberts

AND

LIONEL Z. GLANCY, on behalf of himself and all others similarly situated,

    Plaintiffs,

vs

ROBERT S. TAUBMAN, ET AL,

    Defendants.
_____/

Case No: 02-75120
Honorable Victoria A. Roberts

## ORDER UNSEALING DOCUMENTS

The parties in the *Simon Property Group, Inc., et al v Taubman Centers, Inc., et al*, Case No: 02-74799, entered into a Stipulated Protective Order (Doc. # 24) which was signed by the Court on January 6, 2003. Pursuant to that Protective Order, the Simon Plaintiffs filed their Memorandum of Law In Support of SPG Plaintiffs' Motion for a Preliminary Injunction (Doc. # 35) under seal. Also on January 31, 2003 in the *Lionel Glancy v Robert S. Taubman, et al* matter, Plaintiff filed an Amended Verified Class Action and Derivative Complaint (Doc. #8), under seal pursuant to the Stipulated Protective Order signed on January 6, 2003 in the *Simon*



*Property Group, Inc.* matter.

After review of the documents, and applying the standards set forth in FRCP 26(c), the Court finds the requirements of good cause have not been met for the sealing of these documents. Accordingly, and on its own motion, the Memorandum of Law in Support of SPG Plaintiffs' Motion for a Preliminary Injunction, ONLY (Doc. # 35) in the *Simon Property Group, Inc. v Taubman Centers, Inc.* case, and Amended Verified Class Action and Derivative Complaint (Doc. #8) in the *Glancy v Robert S. Taubman, et al* case are unsealed and made public. This Order does not pertain to supporting documents. Part of those supporting documents are contained in sealed document #35. They remain the subject of a motion filed by the New York Times to Intervene and Unseal Documents (Doc. #47), in the *Simon Property, et al v Taubman Centers, Inc., et al* matter.

IT IS SO ORDERED.

Victoria A. Roberts
United States District Judge

Dated: FEB 2 0 2003