

# United States District Court
## Eastern District of Michigan
## Southern Division

SIMON PROPERTY GROUP, INC., ET AL

    Plaintiff

vs.

    Case No: 02-74799
    Honorable: Victoria A. Roberts

TAUBMAN CENTER, INC., ET AL,

    Defendant.
    _____/

### Certificate of Receipt of Sealed Documents Previously Filed in A Case

I acknowledge on behalf of the Plaintiff/Defendant, the return of the sealed materials listed below that were filed in U.S. District Court for the Eastern District of Michigan:

Documents # 55, 56, 57

Timothy D. Link
Name of Person Receiving Documents (Print)

[signature]                                   8/13/04
Signature of Person Receiving Documents        Date

Legal Assistant
If not attorney of record, relationship to attorney

Joseph Aviv
Attorney of Record P#: