**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ORIGINAL
**FILED**

AUG 1 3 2004
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

SIMON PROPERTY GROUP INC.,
ET AL,

Plaintiff

Case No. 02-74799
Hon. Victoria A. Roberts
Date Case Closed: 10/21/03

TAUBMAN CENTER, INC, ET AL,

Defendants
                                                    /

## ORDER REGARDING SEALED MATERIALS in COMPLIANCE with LR 5.3/5.4

The Clerk of Court is directed to:

❏ Unseal the documents in this case and restore them to the public file.

☒ Return the sealed documents to the submitting party and amend the court record to reflect this action.

Document Nos: **55, 56, 57**

Dated: AUG 1 3 2004

Victoria A. Roberts
United States District Judge