## United States District Court
## Eastern District of Michigan
## Southern Division

SIMON PROPERTY GROUP, INC.,
ET AL

      Plaintiff

vs.

      Case No: 02-74799
      Honorable: Victoria A. Roberts

TAUBMAN CENTER, INC., ET AL,

      Defendant.



FILED
AUG 20 2004

### Certificate of Receipt of Sealed Documents
### Previously Filed in A Case

I acknowledge on behalf of the Plaintiff/Defendant, the return of the sealed materials listed below that were filed in U.S. District Court for the Eastern District of Michigan:

Documents # 35, 36

__HAROLD GETTER__
Name of Person Receiving Documents (Print)

__[signature]__     __8/20/04__
Signature of Person Receiving Documents     Date

__CARL VON ENDE__
If not attorney of record, relationship to attorney

Attorney of Record P#: